**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**SAMUEL DAVID RIVERA GUADALUPE**<br>**JANET EILEEN NIEVES MELENDEZ**<br><br>xxx–xx–5684<br>xxx–xx–0844<br><br>Debtor(s) | Case No. **15–07141 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/13/16 |

*ORDER*

Trustee's objection to claim #12 filed by DEPARTAMENTO DE RECURSOS (docket entry #120), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, October 13, 2016 .

Mildred Caban Flores
United States Bankruptcy Judge